MARY HALL, Respondent, *v.* SHELL EASTERN PETROLEUM PRODUCTS, INC., et al., Appellants.

(Argued June 14, 1932; decided July 19, 1932.)

*George J. Stacy* and *James J. Mahoney* for appellants.
*James I. Cuff* and *James A. Hughes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.